

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

July 16, 1948

*modified by*
*M-1143*

Hon. Ernest O. Thompson, Chairman
Railroad Commission of Texas
Austin, Texas

Opinion No. V-638

Re: Reissuance of licenses
under the Liquefied Pe-
troleum Gas Act, Art.
6053, V.C.S., bond and
insurance requirements
on change of business
and related questions.

Dear Sir:

By letter dated June 24, 1948, the Director
of the Gas Utilities Division of the Railroad Commis-
sion requested the opinion of this office upon certain
questions presented under the Liquefied Petroleum Gas
Act, Art. 6053, V.C.S., as follows:

"1. A licensed corporation changes dur-
ing the year to a partnership wherein the
stockholders of the corporation become the
partners in the partnership no partners be-
ing added who were not stockholders in the
corporation. Also, the exact converse is
often true wherein a partnership changes
over to a corporate entity.

"2. A licensed dealer, either indi-
vidual, partnership or corporation, merely
changes the name of the concern during the
year while the ownership remains the same.

"3. A licensee changes into a partner-
ship, corporation or back to individual own-
ership either adding new partners or stock-
holders, or dropping some as the case may be.
Sometimes the firm name under which the li-
censee operates is changed, sometimes not.

"Under all of the situations enumerated above, it has been the practice of this Division to require an amended application for license, and a new license is issued reflecting the changes that have occurred. The question is whether or not a licensee who makes an amended application for license during the year which reflects any of the changes set out above, must pay a new license fee or whether the fee paid for the original license will suffice for that year.

"The next question deals with Section 11 of Article 6053, as amended, Title 102, (VACS). Can a licensee who operates a dealership in one town and who is the sole owner of scattered dealerships throughout the State, all operating under different names, satisfy the bond and insurance requirements of Section 11 by procuring one bond that purportedly covers all of his dealerships and one policy of insurance that also purportedly covers the operations of employees and trucks throughout his dealerships? Also, in line with the license requirements of Section 7. A. 6053, will one license taken out for all of the dealerships mentioned above suffice, or will a separate license have to be obtained for each dealership?"

Sections 7, 10, and 11, Article 6053, V. C. S., provide:

"Sec. 7. (1) No person, firm or corporation shall engage in this state in the manufacturing, and/or assembling, and/or repairing, and/or selling, and/or installing of containers to be used with liquefied petroleum gases as a fuel, nor shall such person, firm, or corporation engage in the sale, transportation, dispensing or storage of liquefied petroleum gases within this state, except where stored by the ultimate consumer for consumption only, without having first obtained from the Railroad Commission of Texas under the provisions of this Act a license so to do. Applications for such licenses shall be in writing and shall contain such information as the Commission shall prescribe. No

such license shall be issued until a hearing
is had thereon and the Commission has de-
termined that the applicant has made good
and sufficient proof that he can and will
meet all safety requirements provided in this
Act and by the rules and regulations of the
Railroad Commission, and the Commission finds
that such applicant is qualified and the evi-
dence adduced justifies issuance of such li-
cense. The Railroad Commission shall have
the authority to promulgate rules and regu-
lations for the safety and protection of the
public."

"Sec. 10. For the purpose of defraying
the expenses of administering this Act, each
person, firm, corporation or association en-
gaged in one or more of the pursuits named
in subsection (1) of this section, except as
otherwise provided in this subsection, shall
at the time of issuance of such license, and
annually thereafter, on or between September
1st and September 15th of each calendar year
pay to the Railroad Commission a special fee
of Twenty-five ($25.00) Dollars; except that
each person, firm, or corporation who oper-
ates a truck or trucks in the wholesale or
retail delivery of liquefied petroleum gas,
shall at the time of issuance of such license,
and annually thereafter, on or between Sep-
tember 1st and September 15th of each calen-
dar year, pay to the Railroad Commission a
special fee of Fifty ($50.00) Dollars, and
when such fifty dollar fee is paid, said firm
or corporation shall not be liable for the
payment of the Twenty-five ($25.00) Dollar
fee as provided herein.

"If the license here provided for is
issued after the month of September of any
year, all fees shall be prorated to the re-
maining portion of the year to August 31st
following, but in no case less than one-
fourth of the total annual fee."

"Sec. 11. No license shall be issued pur-
suant to this section, unless such licensee
shall first file with the Commission a surety
bond in the sum of Two Thousand ($2,000.00)

Dollars with a bonding company authorized to do business in Texas.  All such bonds shall provide that the obligator therein will indemnify and pay the State of Texas, to the extent of the face amount thereof, all judgments which may be recovered in the name of the State of Texas against such licensee, during the term of such bond and proximately caused by any violation, by said licensee, of the terms of this Act or any orders or rules promulgated by the Railroad Commission as authorized by this Act.

"In addition to the bond herein required, such licensee shall be obligated to procure from some reliable insurance or surety company qualified to do business in the State of Texas, and keep same in force so long as they shall continue in business, a policy of insurance or surety bond which shall guarantee the payment of all damages which proximately result from any act of negligence, while engaging in any of the activities as herein provided, on the part of said licensee, their agents and employees, to both the employees of said licensee and also to the public generally, said policy or bond to be in the sum of not less than Ten Thousand ($10,000.00) Dollars for personal injury for any one accident, and not less than Five Thousand ($5,000.00) Dollars for property damage for any one accident.  Provided that this section shall not be applicable unless and until such bonds or policies of insurance are available for purchase and further provided that such bonds or policies of insurance shall be approved by the Railroad Commission of Texas."

It is undoubtedly the intent of the statute to require that those individuals or business entities legally responsible to the public for the consequences of engaging in such business be licensed under the Act. For the protection of the public it is necessary that the records of the Gas Utilities Division accurately reflect the current status of all licensees.

Therefore, in answer to your first series of questions, it is our opinion that in each case of

change of name under which a licensee is operating,
an amended application must be made and an amended li-
cense issued. No fees should be charged unless the
business entity also changes. For example, a corpo-
ration into a partnership, a partnership into a cor-
porate business, or an individual into either. Like-
wise, in the case of partnerships, a new license must
issue and new fees be charged upon the addition or
withdrawal of a partner. This is true because such
changes automatically dissolve the old partnership
and effect an entirely new entity with different legal
relations to the public. 32 Tex. Jur. p. 495.

In the case of the individual operating var-
ious dealerships in several towns under different as-
sumed names, it is our opinion only one license is
required, which should, however, indicate that the
individual is doing business at the various places un-
der the various names.

It is also our opinion that under Section 11
of the statute one bond or policy of insurance is all
that is necessary for an individual doing business in
more than one town under various assumed names. We
do advise, however, that, as in the case of the license
for such individual, the bond or policy of insurance
show it is intended to cover the individual doing busi-
ness under the various assumed names.

## SUMMARY

A new license is required and new li-
cense fees are payable under the Liquefied
Petroleum Gas Act, Art. 6053, V. C. S., when
an individual licensee ceases doing business
as an individual and the business changes in-
to a corporation or copartnership or when the
number of partners in a copartnership changes.
The same is true when a business organization
ceases operating as a partnership or corpora-
tion and the business is owned and conducted
by an individual.

One license will suffice and only one
bond or policy of insurance is required under

Section 11 of Art. 6053, V. C. S., for an individual doing business in several localities under various assumed names.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By James D. Smullen
James D. Smullen
Assistant

JDS:jt

APPROVED:

Fagan Dickson
FIRST ASSISTANT
ATTORNEY GENERAL